**Dated: May 24, 2019**
**The following is ORDERED:**

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

```
                                                              IT516
                    UNITED STATES BANKRUPTCY COURT
                      WESTERN DISTRICT OF TENNESSEE

In re:                                              Chapter 13
MARQUITA LAFAYE BRADSHAW
Debtor(s)                                    Case No. 19-22153-L
SSN(1) XXX-XX-3644
```

---

ORDER WITHDRAWING TRUSTEE'S MOTION TO DISMISS
FOR FAILURE TO PROVIDE REQUIRED DOCUMENTS

---

   In this cause it appearing to the Court from the statements of Chapter 13 Trustee that the Trustee wishes to withdraw his or her pending Motion to Dismiss for failure to provide required documents as ordered by the Court, in the above referenced case and that good cause exists.

   IT IS THEREFORE ORDERED:

   That the Trustee's Motion to Dismiss for failure to provide required documents as ordered by the Court, is hereby withdrawn.

```
                                        /S/ Sylvia Ford Brown
                                        Chapter 13 Trustee
CC:    Sylvia Ford Brown
SZ
       MARQUITA LAFAYE BRADSHAW
       4371 FIZER COVE
       MEMPHIS, TN  38117

       JIMMY MCELROY ATTY
```