**Dated: June 15, 2019**
**The following is ORDERED:**

_____
                **Jennie D. Latta**
     **UNITED STATES BANKRUPTCY JUDGE**

_____

```
                                                              IT536
              UNITED STATES BANKRUPTCY COURT
                WESTERN DISTRICT OF TENNESSEE

In re:                                      Chapter 13
MARQUITA LAFAYE BRADSHAW
Debtor(s)                                   Case No. 19-22153-L
SSN(1) XXX-XX-3644
```

---
**ORDER DIRECTING DEBTOR(S) TO MAKE PAYMENTS TO TRUSTEE**
---

In this cause, a Chapter 13 plan has been filed by the above named debtor(s) and Sylvia Ford Brown has been appointed Trustee;

IT IS THEREFORE ORDERED AND DECREED, that you begin to pay the sum $636.00 SEMI-MONTHLY beginning on your next payday to:

```
                    Sylvia Ford Brown
                    Chapter 13 Trustee
                      P.O. Box 1924
                  Memphis, TN  38101-1924
```

Any correspondence, other than payments, shall be sent to 200 Jefferson Avenue, Ste. 1113, Memphis, TN 38103.

                                                     /s/ Sylvia Ford Brown
                                                     Trustee

```
CC:   Sylvia Ford Brown
MHB
      MARQUITA LAFAYE BRADSHAW
      4371 FIZER COVE
      MEMPHIS, TN  38117

      JIMMY MCELROY ATTY
```