UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In re:   Chapter 13
MARQUITA LAFAYE BRADSHAW
Debtor(s)   Case No. 19-22153-L

## NOTICE OF HEARING

The Chapter 13 Trustee's Motion to Dismiss Chapter 13 for Failure To Pay having been filed by Sylvia Ford Brown on July 11, 2019.

NOTICE IS HEREBY GIVEN THAT:

The Chapter 13 Trustee's Motion to Dismiss Chapter 13 Case for Failure To Pay shall be held on 8/8/2019, at 9:00 am in the United States Bankruptcy Court, 200 Jefferson Avenue, Room 600, Memphis, Tennessee, 38103.

Debtors should contact their attorney to see if their attendance is necessary. This hearing may be continued or adjourned from time to time by oral announcement (at the hearing) of the continued or adjourned date and time, without further written notice.

/S/ Sylvia Ford Brown
CHAPTER 13 TRUSTEE

## MOTION TO DISMISS
## CHAPTER 13 CASE FOR Failure To Pay

Comes now your Standing 13 Trustee who would show unto the Court the following for which relief is sought:

That the debtor failed to make payments as ordered by the Court.

PREMISES CONSIDERED, your Trustee prays:
1. That the matter be set for hearing.
2. That the case be dismissed.
3. That the Trustee be granted such other and further relief to which he or she may be entitled.

/S/ Sylvia Ford Brown
CHAPTER 13 TRUSTEE
200 Jefferson Avenue, Ste. 1113
CC:   Sylvia Ford Brown   Memphis, TN  38103

MARQUITA LAFAYE BRADSHAW
4371 FIZER COVE
MEMPHIS, TN  38117

JIMMY MCELROY ATTY