**Dated: July 12, 2019**
**The following is ORDERED:**

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

# UNITED STATES BANKRUPTCY COURT
## Western District of Tennessee

In re:                                                          Case No.: 19–22153
**Marquita Lafaye Bradshaw**

Debtor(s)

                                                               Chapter No.: 13

## SUA SPONTE ORDER AND NOTICE OF HEARING TO CONSIDER DISMISSAL OF CASE FOR FAILURE TO PAY FILING FEE

It appearing to the Court that the Debtor has failed to timely pay the case filing fee and/or administrative fees required by 28 U.S.C. §1930(a)(1) and (b) and Fed. R. Bankr. P. 1006 and that there remains an outstanding balance due of $310.00 , now therefore,

Please take notice that a hearing will be conducted on **August 8, 2019** at **10:00 A.M.** in **Courtroom 645** at **200 Jefferson Ave, Memphis, Tennessee** .

If full payment is made prior to the scheduled hearing, it will not be necessary for the Debtor or the Debtor's attorney to appear for the scheduled hearing.

If the required fees are not paid and the Debtor fails to appear at the scheduled hearing, this case may be dismissed without further notice.

poco045.jsp